LADISLAUS FARAGO, Plaintiff, v. NEW YORK RAILWAYS COMPANY, Defendant.

Appeal by the defendant from an order of the Supreme Court, made at Special Term and entered in the New York county clerk's office on the 20th day of December, 1913, denying a motion to confirm the report of a referee to discontinue the action and to cancel an attorney's lien.

PER CURIAM: We are satisfied that the learned Special Term was right in finding that the attorney had been duly retained. We see no reason why an end should not be put to this controversy. The agreement was that the attorney should receive thirty-three and one-third per cent upon a settlement and fifty per cent upon a judgment. The case was settled for $870. The order appealed from should, therefore, be modified by providing that the defendant's motion to discontinue be granted upon the payment to plaintiff's attorney, Sigmund S. Rotter, of $290, one-third of the amount of settlement, $10 costs of the motion below, $10 costs on this appeal and the respondent's disbursements, and as so modified affirmed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion and as modified affirmed. Order to be settled on notice.

THERESA SENIOR, an Infant, etc., Appellant, v. THE SUN PRINTING AND PUBLISHING ASSOCIATION, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 5th day of December, 1913, denying a motion for judgment on the pleadings and sustaining a demurrer to the complaint.

PER CURIAM: We think, from a consideration of the publication and the innuendo, that the jury would be justified in finding that the publication was libelous per se, and, therefore, it was error to sustain the demurrer to the complaint. It follows that the order appealed from must be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, with leave to the defendant to withdraw the demurrer and to answer on payment of said costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott and Dowling, JJ., dissented. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to defendant to withdraw demurrer and to answer on payment of said costs.